# Court of Appeals
# of the State of Georgia

ATLANTA, April 15, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1392. McGARVEY-WILKINS v. NISSAN MARIETTA, LLC et al.

This appeal is taken from an order of the Georgia State-Wide Business Court denying appellant McGarvey-Wilkins's request to proceed as an indigent. On February 28, 2026, appellant filed "evidence of indigency" in this Court, which was rejected because it did not include a proper affidavit of indigency. On March 19, this Court ordered appellant to file an initial brief. On March 30, appellant's filings were again rejected for not including a filing fee or an affidavit of indigency and for an inadequate certificate of service. See Court of Appeals Rules 5 and 6.

As we noted in our March 19 order, Court of Appeals Rule 23 (a) provides that an appellant's failure to file a timely initial brief, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal." Because appellant has not filed an initial brief that complies with the rules of this Court and has not shown good cause for failing to do so, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/15/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*